UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Donicio Madrigal,

               Plaintiff,                         Civil No. 05-1673 (RHK/AJB)

vs.                                                 **ORDER**

Kerry, Inc., d/b/a Kerry Specialty
Ingredients,

               Defendant.

_____

      Based upon the Stipulation of Dismissal of the parties, this matter is **DISMISSED**

**WITH PREJUDICE**, each party to bear its own costs and fees.

Dated: June 7, 2006

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge